UNITED STATES DISTRICT COURT<br>
FOR THE MIDDLE DISTRICT OF FLORIDA<br>
TAMPA DIVISION

| | |
|---|---|
| PBNJ BABY, INC., | ) |
| Plaintiff, | ) ) ) |
| v. | ) Case No. 8:16-cv-02957-JDW-AAS |
| LUV N' CARE, LTD., | ) ) ) |
| Defendant. | ) ) |

## STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to Rule 41, Federal Rules of Civil Procedure, Plaintiff PBnJ Baby, Inc. and Defendant Luv n' Care, Ltd., by and through the undersigned counsel, hereby stipulate and agree that the above-captioned action is hereby voluntarily dismissed, with prejudice, with all rights of appeal waived and with each party to bear its own attorneys' fees and costs.

| | |
|---|---|
| */s/ Douglas A. Cherry*<br>Douglas A. Cherry, Esquire<br>Florida Bar No. 0333130<br>dcherry@slk-law.com<br>SHUMAKER, LOOP & KENDRICK, LLP<br>240 South Pineapple Avenue, 10th Floor<br>Sarasota, Florida 34236<br>Telephone: (941) 366-6660<br>Facsimile: (941) 366-3999<br><br>Mindi M. Richter, Esquire<br>Florida Bar No. 0044827<br>mrichter@slk-law.com<br>SHUMAKER, LOOP & KENDRICK, LLP<br>101 East Kennedy Boulevard<br>Suite 2800<br>Tampa, Florida 33602<br>Telephone No.: (813) 229-7600<br>Facsimile No.: (813) 229-1660<br><br>*Attorneys for Plaintiff* | */s/ Robert M. Chiaviello, Jr.*<br>Robert M. Chiaviello, Jr., Esquire<br>La. Bar No. 37370<br>*Admitted pro hac vice*<br><br>Hartwell P. Morse, III, Esquire<br>*Admitted pro hac vice*<br><br>NUBY LAW<br>3030 Aurora Ave., 2nd Floor<br>Monroe, Louisiana 71201<br>Telephone: (318) 410-4012<br>bobc@nuby.com<br><br>Justin P. Miller, Esquire<br>Florida Bar No. 84495<br>Justin@larsonpatentlaw.com<br><br>Nathan P. Suedmeyer, Esquire<br>Florida Bar No. 70787<br>Nathan@larsonpatentlaw.com |

LARSON & LARSON, P.A.
11199 69TH Street
Largo, Florida 33773
Telephone: (727) 546-0660

*Attorneys for Defendant*

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true and accurate copy of the foregoing has been filed via CM/ECF electronic filing system on July 14, 2017, and thereby served upon counsel of record.

By: */s/ Douglas A. Cherry*
    Douglas A. Cherry
    Florida Bar No. 0333130